**Please Note Changes to Proposed Order**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JASON CAMPBELL, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:22-CV-00100-RLY-MPB |
| CMH HOMES, INC., | ) |
| Defendant. | ) |

**ORDER GRANTING PARTIES' JOINT MOTION
TO STAY PENDING ARBITRATION**

This matter is before the Court on the Parties' *Joint Motion to Stay Discovery Pending Arbitration*. (Dkt. No. 9). Upon consideration of the Motion, the Court hereby **GRANTS** the Motion and **ORDERS** this action **STAYED**. The Clerk is **DIRECTED** to procedurally close this case pending arbitration. At least once every 120 days from the date of this Order the parties are directed to file a report advising the Court of the status of the arbitration.

SO ORDERED this 3rd day of August, 2022.

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution to ECF counsel of record.